**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 20-392-MN |
| v. | ) ) ) |
| DEEZER, INC., | ) ) |
| Defendant. | ) ) |

## DEFENDANT DEEZER, INC.'S MOTION TO DISMISS COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101 Defendant Deezer, Inc. ("Deezer") hereby moves to dismiss with prejudice Plaintiff Rothschild Broadcast Distribution Systems, LLC Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in Deezer's Opening Brief, which is submitted herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael A. Oblon
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20002
Tel: (202) 879-3939

By: */s/ Bindu A. Palapura*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

Dated: May 5, 2020
6712562 / 50151

*Attorneys for Defendant Deezer, Inc.*