## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 20-392-MN |
| v. | ) ) ) | |
| DEEZER, INC., | ) ) | |
| Defendant. | ) | |

### DEFENDANT DEEZER, INC.'S MOTION TO DISMISS
### PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and 35 U.S.C. § 101

Defendant Deezer, Inc. ("Deezer") hereby moves to dismiss with prejudice Plaintiff Rothschild

Broadcast Distribution Systems, LLC's First Amended Complaint (D.I. 11) for failure to state a

claim upon which relief may be granted.  The grounds for this motion are set forth in Deezer's

Opening Brief, which is submitted herewith.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Michael A. Oblon
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20002
Tel: (202) 879-3939

By:  */s/ Bindu A. Palapura*
　　　David E. Moore (#3983)
　　　Bindu A. Palapura (#5370)
　　　Stephanie E. O'Byrne (#4446)
　　　Tracey E. Timlin (#6469)
　　　Hercules Plaza, 6th Floor
　　　1313 N. Market Street
　　　Wilmington, DE  19801
　　　Tel:  (302) 984-6000
　　　dmoore@potteranderson.com
　　　bpalapura@potteranderson.com
　　　sobyrne@potteranderson.com
　　　ttimlin@potteranderson.com

Dated:  June 2, 2020
6748820 / 50151

*Attorneys for Defendant Deezer, Inc.*