**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DEEZER, INC.,  )<br>)<br>Defendant.  ) | C.A. No. 20-392-MN<br><br>**JURY TRIAL DEMANDED** |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Defendant Deezer, Inc. ("Deezer") hereby requests oral argument on its Motion to Dismiss Plaintiff's First Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6) (the "Motion") (D.I. 14). Because the Motion challenges the at-issue patent as being directed to patent-ineligible subject matter under 35 U.S.C. § 101 (a "101 Motion"), Deezer respectfully requests that the Court hear argument on the Motion at the Court's combined hearing for 101 Motions scheduled for July 23, 2020.

OF COUNSEL:

Michael A. Oblon *(admitted pro hac vice)*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20002
Tel: (202) 879-3939


Dated: June 29, 2020
6780659/50151

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

By:  */s/ Tracey E. Timlin*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Tracey E. Timlin (#6469)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com
ttimlin@potteranderson.com

*Attorneys for Defendant Deezer, Inc.*