# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC, ) ) ) | |
| Plaintiff, ) | C.A. No. 20-392-MN |
| ) v. ) | **JURY TRIAL DEMANDED** |
| ) DEEZER, INC., ) ) | |
| Defendant. ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff Rothschild Broadcast Distribution Systems, LLC and Defendant Deezer, Inc., by their undersigned counsel, subject to the approval of the Court, that all claims and defenses asserted in the above-captioned action shall be dismissed with prejudice, and each party will bear its own costs and attorneys' fees.

| CHONG LAW FIRM, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: */s/ Jimmy Chong*<br>Jimmy Chong (#4839)<br>2961 Centerville Road, Suite 350<br>Wilmington, DE 19808<br>Tel: (302) 999-9480<br>chong@chonglawfirm.com | By: */s/ Bindu A. Palapura*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Stephanie E. O'Byrne (#4446)<br>Tracey E. Timlin (#6469)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>sobyrne@potteranderson.com<br>ttimlin@potteranderson.com |
| *Attorneys for Plaintiff Rothschild Broadcast Distribution Systems, LLC* | |
| July 1, 2020<br>6783812/50151 | *Attorneys for Defendant Deezer, Inc.* |

IT IS SO ORDERED this ___ day of _____, 2020.

_____
U.S.D.J.